UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20422-CIV--SEITZ/O'SULLIVAN

MICHELLE L. PECORILLI,

       Plaintiff,

v.

CORPORATE COMMUNICATIONS GROUP, INC., et al.,

       Defendants.
_____/

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

THIS MATTER is before the Court upon the Order Approving Settlement Agreement and Recommending that this Case be Dismissed with Prejudice [DE-49] entered by Magistrate Judge O'Sullivan. On December 11, 2009, Magistrate Judge O'Sullivan conducted a fairness hearing on the parties' settlement of this Fair Labor Standards Action and determined that the compromise reached by the parties, including the resolution of costs and attorneys' fees, was a "fair and reasonable" outcome of the parties' bona fide disputes under *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir.1982). Therefore, upon review, it is hereby

ORDERED that

(1)    Magistrate Judge O'Sullivan's findings are ADOPTED.

(2)    All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)    This case is DISMISSED WITH PREJUDICE and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 16 day of December, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record